UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: RONALD ALEXANDER CHARLES, {   CHAPTER 13
                                     {
                                     {
       DEBTOR(S)                   {   CASE NO. A18-53563-SMS
                                     {
                                     {   JUDGE SAGE M. SIGLER

## OBJECTION TO CONFIRMATION

       COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

       1.  The Debtor(s) has failed to provide the Trustee with a copy of the 2016 federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

       2.  Pursuant to testimony at the meeting of creditors, it appears that the Debtor does not currently receive income driving for Uber.

       3.  The funding of post-petition mortgage payments has not been maintained in the above-styled Chapter 13 case; thereby, rendering the present budget and proposed Plan infeasible, 11 U.S.C. Section 1325(a)(6).

       4.  Pursuant to information received from the Internal Revenue Service, 2014 tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 - 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

April 25, 2018

_____/s/_____
K. Edward Safir, Attorney
for Chapter 13 Trustee
GA Bar No. 622149

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 - 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com

A18-53563-SMS

### CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR(S):

RONALD ALEXANDER CHARLES
453 DURHAM CROSSING
RIVERDALE, GA 30274

ATTORNEY FOR DEBTOR(S):

SLIPAKOFF & SLOMKA, PC
OVERLOOK III - SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA 30339

in the foregoing matter with a copy of this pleading by
depositing in the United States Mail a copy of same in a
properly addressed envelope with adequate postage thereon.

This 25th day of April 2018


_____/s/_____
K. Edward Safir, Attorney
for Chapter 13 Trustee
GA Bar No. 622149


Mary Ida Townson, Chapter 13 Trustee
Suite 2200 - 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com